**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAWRENCE DILWORTH, et al.,

    Plaintiffs, and

UNITED STATES OF AMERICA

    Plaintiff-Intervenor,

v.                                               Case No. 04-CV-73152

CITY OF DETROIT,

    Defendant.
                                                   /

**ORDER SCHEDULING TELEPHONE CONFERENCE AND EXTENDING THE SETTLEMENT ORDER**

The court conducted a telephone conference on April 28, 2010. Based on the parties' representations, the court anticipates receiving a stipulated proposed order for the court's consideration that would possibly revise and extend the Settlement Order. The court will provisionally schedule a telephone conference to evaluate the parties' progress if a proposed order is not submitted by the date of the conference. In the meantime, the court will extend the Settlement Order while the parties are continuing their discussions.

IT IS ORDERED that a telephone conference is scheduled for **May 14, 2010 at 9:30 a.m.** The court will cancel the telephone conference if the stipulated proposed order is received before this date. The Settlement Order [Dkt. # 43] is EXTENDED until **May 21, 2010**.

                                                     s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: May 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 4, 2010, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522