UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE DILWORTH, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.                                    Case No. 04-73152

CITY OF DETROIT,

    Defendant.
                                                   /

**ORDER GRANTING "REQUEST FOR STATUS CONFERENCE"
AND DIRECTING DDOT OFFICIALS TO PERSONALLY APPEAR**

On May 22, 2012, the Government, as Plaintiff-Intervenor, filed a "Request for Status Conference," alleging that the Detroit Department of Transportation ("DDOT") has not complied with the court's November 8, 2011 "Stipulated Order to Extend and Revise Settlement Order."  Specifically, the Government states that DDOT has only provided partial sets of data it agreed to produce and DDOT representatives have not made a good faith effort to participate in the monthly meetings with the appointed auditor.  As a result, the Government has requested a status conference to discuss DDOT's compliance with the settlement order.  During a telephone conference with the court on May 24, 2012, counsel for all parties agreed that an in-person conference with the court, DDOT officials, and the appointed auditor would be beneficial to resolving this matter.  Accordingly,

IT IS ORDERED that the Government's "Request for Status Conference" [Dkt. # 69] is GRANTED.  An in-person status conference is SCHEDULED for **June 6, 2012, at 3:00 p.m.**  Counsel of record and the following persons are ORDERED to appear in person at 231 W. Lafayette Blvd., Room 707, Detroit, Michigan, for the conference: (1) William Nojay (DDOT); (2) Christopher Brown (DDOT); (3) Ronald Freeland (DDOT); (4) Anthony Locicero (DDOT); and (5) David Rishel (court-appointed auditor).

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  May 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 30, 2012, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522