UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE DILWORTH, et al.,

    Plaintiffs,

and

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.                                                     Case No. 04-73152

CITY OF DETROIT,

    Defendant.
                                                     /

**ORDER DIRECTING PLAINTIFF TO CONFER
AND SUBMIT A JOINT STATUS REPORT**

      The court has learned that Defendant's lead attorney, Andrew Jarvis, is no longer employed by Defendant, the City of Detroit. Defendant's other attorney of record, Valerie A. Colbert-Osamuede, appears to be suffering under a disciplinary suspension. The court also is aware that in spite of Defendant Detroit's entry into bankruptcy, there has been no "Suggestion of Bankruptcy" under 11 U.S.C. § 362(a) filed here. Finally, there are no fewer than six attorneys of record representing Intervenor Plaintiff United States of America, with only Judith E. Levy identified as lead attorney. The court is aware that Ms. Levy has been recommended for a judicial appointment, and may soon leave the Justice Department. Accordingly,

In preparation for a September 26, 2013, status conference, Plaintiff Dillworth is ORDERED to confer with the other parties and, not later than **September 24, 2013**, file a joint preliminary status report addressing, at least, the following questions:

(1)     who is principally responsible for representing Detroit?

(2)     who is principally responsible for representing the United States?

(3)     who is principally responsible for representing Plaintiff Dillworth?

(4)     what impact, if any, does Detroit's bankruptcy filing have on this case?

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 11, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522