**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LAWRENCE DILWORTH, et al.,

      Plaintiffs,

and

UNITED STATES OF AMERICA,

      Plaintiff-Intervenor,

v.                                         Case No. 04-73152

CITY OF DETROIT,

      Defendant.

                                               /

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

On September 11, 2013, the court ordered Plaintiff Dilworth to confer with the other parties and submit a joint status report in preparation for a September 26, 2013 status conference. The parties filed a joint status report satisfactorily addressing the court's questions.

A November 15, 2012 order extended the settlement order "until June 30, 2013, or three months after [Detroit Department of Transportation (DDOT)] has completed the Proposed Work Plan, whichever is later." (Pg ID 887.) Subsequently, by letter, the parties informed the court that the settlement order would not expire on June 30, 2013, and that they would continue to provide updates. In the recent joint status report, the parties stated that "DDOT anticipates that [the Proposed Work Plan] will be completed within the next few weeks." (Pg ID 926.) Further, the parties agree that "the three

month period referenced in the November 15, 2012 extension order will begin on the date that DDOT's Preventative Maintenance process is updated." (*Id.*)  The parties predict that the settlement order will expire in "approximately January 2014."  (Pg ID 927.)

Consistent with the parties agreement,

IT IS ORDERED that the September 26, 2013 telephone status conference is RESCHEDULED for **December 19, 2013, at 11:00 a.m.**  In addition, the parties may, but are not required to, submit for review and approval any other stipulated case management order they deem appropriate.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  September 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 25, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522